[No. 53358-4-I.   Division One.   August 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ANTHONY CASEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02607-3, Ronald L. Castleberry, J., entered October 2, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 28520-7-II.   Division Two.   August 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LESLIE HICKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-02746-0, Frank Cuthbertson, J., entered March 6, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 29189-4-II.   Division Two.   August 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN LEE JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-00986-1, Barbara D. Johnson, J., entered August 6, 2002. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Hunt and Van Deren, JJ.

[No. 30327-2-II.   Division Two.   August 24, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY RICHARD SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-8-00254-8, Diane M. Woolard, J., entered April 29, 2003. *Reversed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.